# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan (Detroit)

In re  Kimberly A. Vallance  
Debtor

Case No.  10-78486  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Home Mortgage Inc.  
**Court claim no.** (if known): 2

**Last four digits** of any number you use to identify the debtor's account: 4410

**Uniform Claim Identifier:**

**Date of payment change:**  
Must be at least 21 days after date of this notice: 03/01/2012

**New total payment:**  
Principal, Interest, and escrow, if any: $959.02

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No  
☑ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $238.93    New escrow payment: $235.28

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No  
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate:    New interest rate:

Current principal and interest payment:    New principal and interest payment:

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No  
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment:    New mortgage payment:

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

- [x] I am the creditor.
- [ ] I am the creditor's authorized agent.
  (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**✗** /s/ Tameika Adams                                       Date  05/14/2012

Print: Tameika Adams                                           Title  Ms

Company   Wells Fargo Home Mortgage                            Specific Contact Information:
Address   MAC X7801-014                                        P: 800-274-7025
          3476 Stateview Blvd.                                 E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Fort Mill, SC 29715

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Kimberly A. Vallance
5889 N. Karle Street
Westland, MI 48185

Debtor's Attorney:

Jesse R. Sweeney
29777 Telegraph Rd.
Suite 2500
Southfield, MI 48034

Trustee:

David Wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

/s/ Bill Taylor

Authorized Agent

0-21d545c4-19ba-4c9b-9532-9ca980cba3f4



**Wells Fargo Home Mortgage**
PO Box 14547
Des Moines, IA 50306-4547

**For informational purposes**

Escrow account disclosure statement
and notice of new mortgage payment

| | |
|---|---|
| Loan number: | |
| Next payment due date: | February 01, 2011 |
| New payment effective date: | March 01, 2012 |
| New payment amount: | $959.02 |
| Overage amount: | **$171.44** |
| Principal balance: | $113,583.35 |
| Interest rate: | 5.750% |
| Statement date: | November 04, 2011 |
| Account review period: | **Jan 2011 - Feb 2012** |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri 6 a.m. - 10 p.m. |
| | Sat 8 a.m. - 2 p.m. CT |
| We accept telecommunications relay service calls. | |
| Property address: | |
| 5889 N KARLE ST | |
| WESTLAND MI 48185-3178 | |

KIMBERLY VALLANCE
5889 N KARLE ST
WESTLAND MI 48185

Dear KIMBERLY VALLANCE:

Each year, we review your escrow account to make sure the escrow portion of your monthly mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your monthly mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

### New monthly escrow and mortgage payment amount
**New payment effective date:** March 01, 2012[1]

| | Current monthly payment ($) | New monthly payment ($) |
|---|---|---|
| Principal and/or interest | 723.74 | 723.74 |
| Escrow payment | 238.93 | 235.28 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 |
| **Total payment amount** | 962.67 | 959.02 |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your March 01, 2012 payment is made in full.

2. If your current monthly payment includes an amount to cover a previous escrow shortage, this amount will be added. If your current monthly payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

The escrow disclosure indicates an overage of $171.44. If your loan is current or is brought current within 30 days of this statement date, a check may be sent in a separate envelope or your next payment amount reduced by the overage amount. If there are any outstanding late fees, they may be deducted from the check amount.

**Please refer to the enclosed insert that provides answers to frequently asked questions about escrow accounts**

*** This section intentionally left blank ***

For informational purposes		Loan number:

**The following information covers your projected escrow account activity from Mar 2012 to Feb 2013**

**Projected escrow account disbursements**
Annualized items to be paid from your escrow account ($):

| | |
|---|---:|
| MORTGAGE INS | 551.16 |
| CITY TAX | 1,497.20 |
| HAZARD INS | 775.00 |
| Total disbursements | 2,823.36 |
| **Monthly escrow payment** | **235.28[1]** |

1. Your monthly escrow payment is calculated by dividing the total disbursements by 12.

**Projected escrow account activity for the next 12 months**

| | Anticipated payments ($) | | | Escrow balance ($) | |
|---|---|---|---|---|---|
| Date | To escrow | From escrow | Description | Projected | Required |
| Mar 2012 | | | Starting balance | 1,462.13 | 1,290.69 |
| Mar 2012 | 235.28 | 45.93 | FHA INSURANCE | 1,651.48 | 1,480.04 |
| Apr 2012 | 235.28 | 45.93 | FHA INSURANCE | 1,840.83 | 1,669.39 |
| May 2012 | 235.28 | 45.93 | FHA INSURANCE | 2,030.18 | 1,858.74 |
| Jun 2012 | 235.28 | 45.93 | FHA INSURANCE | 2,219.53 | 2,048.09 |
| Jul 2012 | 235.28 | 45.93 | FHA INSURANCE | 2,408.88 | 2,237.44 |
| Jul 2012 | 0.00 | 1,273.09 | WESTLAND CITY (3) | 1,135.79 | 964.35 |
| Aug 2012 | 235.28 | 45.93 | FHA INSURANCE | 1,325.14 | 1,153.70 |
| Aug 2012 | 0.00 | 775.00 | CITIZENS INS COMPANY | 550.14[2] | 378.70[3] |
| Sep 2012 | 235.28 | 45.93 | FHA INSURANCE | 739.49 | 568.05 |
| Oct 2012 | 235.28 | 45.93 | FHA INSURANCE | 928.84 | 757.40 |
| Nov 2012 | 235.28 | 45.93 | FHA INSURANCE | 1,118.19 | 946.75 |
| Dec 2012 | 235.28 | 45.93 | FHA INSURANCE | 1,307.54 | 1,136.10 |
| Dec 2012 | 0.00 | 224.11 | WESTLAND CITY (3) | 1,083.43 | 911.99 |
| Jan 2013 | 235.28 | 45.93 | FHA INSURANCE | 1,272.78 | 1,101.34 |
| Feb 2013 | 235.28 | 45.93 | FHA INSURANCE | 1,462.13 | 1,290.69 |
| **Total** | **2,823.36** | **2,823.36** | | | |

These calculations indicate the projected escrow balance will be more than the required escrow balance.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

2. **Projected low point**. The point during the 12-month period at which the projected escrow balance will reach its lowest point.

3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a 2-month minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.

- Your 2-month minimum escrow balance is **$378.70**
- State law requires that this minimum escrow balance not exceed **$378.70**
- *Note:* If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

| | |
|---|---:|
| **Information about your escrow account overage** | |
| Your lowest projected escrow account balance (low point) ($) | 550.14 |
| Less your required minimum escrow account balance ($) | 378.70 |
| **This means your escrow account has an overage of ($)** | **171.44** |

For informational purposes    Loan number: ▬

**The following information covers your escrow account history activity from Jan 2011 to Feb 2012**

| Date | Payments to escrow ($) Projected | Actual | Payments from escrow ($) Projected | Actual | Description | Escrow balance ($) Projected | Actual |
|---|---|---|---|---|---|---|---|
| Jan 2011 | | | | | Starting balance | 928.56 | 390.45- |
| Jan 2011 | 238.93 | 0.00[1] | 46.83 | 0.00[1] | FHA INSURANCE | 1,120.66 | 390.45- |
| Jan 2011 | 0.00 | 0.00 | 0.00 | 46.83[1] | FHA INSURANCE | 1,120.66 | 437.28- |
| Feb 2011 | 238.93 | 0.00[1] | 46.83 | 0.00[1] | FHA INSURANCE | 1,312.76 | 437.28- |
| Feb 2011 | 0.00 | 0.00 | 0.00 | 46.83[1] | FHA INSURANCE | 1,312.76 | 484.11- |
| Mar 2011 | 238.93 | 0.00[1] | 46.83 | 0.00[1] | FHA INSURANCE | 1,504.86 | 484.11- |
| Mar 2011 | 0.00 | 0.00 | 0.00 | 46.83[1] | FHA INSURANCE | 1,504.86 | 530.94- |
| Apr 2011 | 238.93 | 0.00[1] | 46.83 | 0.00[1] | FHA INSURANCE | 1,696.96 | 530.94- |
| Apr 2011 | 0.00 | 0.00 | 0.00 | 46.83[1] | FHA INSURANCE | 1,696.96 | 577.77- |
| May 2011 | 238.93 | 0.00[1] | 46.83 | 0.00[1] | FHA INSURANCE | 1,889.06 | 577.77- |
| May 2011 | 0.00 | 0.00 | 0.00 | 46.83[1] | FHA INSURANCE | 1,889.06 | 624.60- |
| Jun 2011 | 238.93 | 477.86[1] | 46.83 | 0.00[1] | FHA INSURANCE | 2,081.16 | 146.74- |
| Jun 2011 | 0.00 | 0.00 | 0.00 | 46.83[1] | FHA INSURANCE | 2,081.16 | 193.57- |
| Jul 2011 | 238.93 | 238.93 | 46.83 | 0.00[1] | FHA INSURANCE | 2,273.26 | 45.36 |
| Jul 2011 | 0.00 | 0.00 | 1,375.16 | 1,273.09[1] | WESTLAND CITY (3) | 898.10 | 1,227.73- |
| Jul 2011 | 0.00 | 0.00 | 0.00 | 46.83[1] | FHA INSURANCE | 898.10 | 1,274.56- |
| Jul 2011 | 0.00 | 0.00 | 0.00 | 775.00[1] | CITIZENS INS COMPANY | 898.10 | 2,049.56- |
| Aug 2011 | 238.93 | 477.86[1] | 46.83 | 0.00[1] | FHA INSURANCE | 1,090.20 | 1,571.70- |
| Aug 2011 | 0.00 | 0.00 | 706.00 | 0.00[1] | AMERICAN FELLOWSHIP M | 384.20 | 1,571.70- |
| Aug 2011 | 0.00 | 0.00 | 0.00 | 46.83[1] | FHA INSURANCE | 384.20 | 1,618.53- |
| Sep 2011 | 238.93 | 238.93 | 46.83 | 46.83 | FHA INSURANCE | 576.30 | 1,426.43- |
| Oct 2011 | 238.93 | 238.93 | 46.83 | 0.00[1] | FHA INSURANCE | 768.40 | 1,187.50- |
| Oct 2011 | 0.00 | 0.00 | 0.00 | 45.93[1] | FHA INSURANCE | 768.40 | 1,233.43- |
| Nov 2011 est. | 238.93 | 2,389.30[1] | 46.83 | 0.00[1] | *FHA INSURANCE* | 960.50 | 1,155.87 |
| Nov 2011 | 0.00 | 0.00 | 0.00 | 45.93[1] | FHA INSURANCE | 960.50 | 1,109.94 |
| Dec 2011 est. | 238.93 | 238.93 | 46.83 | 46.83 | *FHA INSURANCE* | 1,152.60 | 1,302.04 |
| Dec 2011 est. | 0.00 | 0.00 | 224.11 | 224.11 | *WESTLAND CITY (3)* | 928.49 | 1,077.93 |
| Jan 2012 est. | 0.00 | 238.93[1] | 0.00 | 46.83[1] | *FHA INSURANCE* | 928.49 | 1,270.03 |
| Feb 2012 est. | 0.00 | 238.93[1] | 0.00 | 46.83[1] | *FHA INSURANCE* | 928.49 | 1,462.13 |
| **Totals** | **2,867.16** | **4,778.60** | **2,867.23** | **2,926.02** | | | |

1. Indicates where a difference exists between the projected and actual account activity.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2011 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Your escrow statement has a new look**

We did the research before the redesign! We talked to customers to understand your preferences and how you use your escrow statement.

Your new statement has all the details of the old one, but has been enhanced to provide you with more clearly defined information to make it easier for you to manage your account.

**Please refer to the enclosed insert that provides answers to frequently asked questions about escrow accounts.**